AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Case No.    1:21-mj-30427
Judge: Morris, Patricia T.
Filed: 09-08-2021

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

Continued on the attached sheet.

_Scott Engelhardt_
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: XXXXXXXXXX September 8, 2021

*Judge's signature*

City and state: _____

_____
*Printed name and title*

# AFFIDAVIT

I, Scott Engelby, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since January 5, 2019. I am presently assigned to the FBI's Detroit Field Office, Bay City resident agency. I work a variety of criminal and national security matters including the investigation of violent crimes, major offenses such as federal bank robberies, crimes against children and the apprehension of federal fugitives. During the course of my career, I have conducted and participated in numerous child exploitation and child pornography investigations including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media.

2. This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Megan Troutman for exploitation of children in violation of 18 U.S.C. § 2251 and distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2).

3. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements

of witness, information supplied by other local and federal law enforcement officers and through other investigative activity.

## Probable Cause

4. During the course of a child exploitation investigation, I obtained images of MV-1, a female born in 2010. I believed that some of the images I obtained of MV-1 constituted violations 18 U.S.C. § 2251. Based on my investigation, I believed that Troutman may have been responsible for taking the images.

5. On September 7, 2021 Troutman agreed to be interviewed at the FBI office located in Bay City. I informed Troutman of her rights. Troutman stated she understood her rights, was willing to answer questions, and signed the advice of rights form.

6. During that interview Troutman admitted to taking sexually explicit images ofMV-1, a minor child known to her, for the sexual gratification of her then-boyfriend, Individual A. Troutman estimated that MV-1 was approximately 9 years old at the time of the images. Individual A requested on multiple occasions that Troutman send him images of MV-1 for sexual gratification purposes. Troutman was shown a total of seven images in this interview. All of these images were of MV-1. Some of them showing MV-1 in various stages of undress.

7. The image marked as number 5, MV-1's vagina can be seen. Troutman identified her own arm in this image. Troutman identified MV-1 being in her living room when the photo was taken. Troutman stated that she took this photo for the sexual gratification of Individual A, a photograph that I believe constitutes the lascivious exhibition of MV-1's genitals.

8. The image marked number 6, MV1's vagina and anus can be seen. Troutman admitted to taking the photo. Troutman stated she did it because she knew Individual A would like it. I also believe that this image constitutes the lascivious display of MV-1's genitals and anus.

9. Troutman refused to send naked photos of MV-1 over the internet but would send clothed images of MV-1 over Snapchat to Individual A. Troutman allowed Individual A to have access to her phone and take pictures with his phone of her phone. MV-1 would be displayed in various stated of undress while Stock would take these pictures of Individual A's phone. These pictures included the images that were marked 5 and 6.

10. I believe based on my investigation Troutman's residence at the time the images were taken, which I believe to be in approximately fall 2019, was in Midland, Michigan, in the Eastern District of Michigan. Moreover, since Troutman used a cellular phone to produce the images of sexual exploitation of a minor, and

3

that the image was produced using materials in or affecting interstate commerce as I am unaware of any cellular phones manufactured in Michigan.

## Conclusion

11. Based upon the above information, I respectfully submit that there is probable cause to believe that Megan Troutman committed the offense of exploitation of children in violation of 18 U.S.C. § 2251 and distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2).

Scott Engelby
Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on this 8th day of September, 2021.

Patricia T. Morris
United States Magistrate Judge

4